# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| CARLOS DOE, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 1:23-cv-971-MLG-JMR |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Court will PLEASE TAKE NOTICE of the substitution of Lisa Olson for Yoseph Desta as counsel for defendants in this matter due to the conclusion of Mr. Desta's employment at the Department of Justice. Future communications may be sent to Ms. Olson as indicated below.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Lisa Olson*
LISA OLSON (DC Bar No. 384266)
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 514-5633
Lisa.olson@usdoj.gov

*Counsel for Defendants*

Case 1:23-cv-00971-MLG-JMR    Document 93    Filed 03/14/25    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                              */s/ Ross Slaughter*
                                            ROSS SLAUGHTER